# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-60-WBV-KWR** |
| **IMAD FAIEZ HAMDAN, ET AL.** | **SECTION: D (4)** |

## ORDER AND REASONS

Before the Court is Defendants' Joint Motion to Dismiss Counts 3 Through 50 For Failure to State an Offense, filed by defendants, Imad Faiez Hamdan ("Hamdan") and Ziad Odea Mousa ("Mousa") (collectively, "Defendants").[1] The Government opposes the Motion,[2] and Defendants have filed a Reply.[3] After careful consideration of the parties' memoranda and the applicable law, and for the reasons set forth in detail in the Court's May 22, 2020 Order and Reasons,[4]

**IT IS HEREBY ORDERED** the Defendants' Joint Motion to Dismiss Counts 3 Through 50 For Failure to State an Offense[5] is **DENIED.**

New Orleans, Louisiana, May 22, 2020.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 156.
[2] R. Doc. 169.
[3] R. Doc. 211.
[4] R. Doc. 221.
[5] R. Doc. 156.